The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STACY EARL STITH,<br><br>Defendant. | NO. CR07-0337 JLR<br><br>~~(PROPOSED)~~ ORDER EXTENDING THE DEADLINE FOR THE GOVERNMENT TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE<br><br>RE-NOTE ON MOTION'S CALENDAR: March 31, 2023 |

THIS MATTER having come before the Court on the Government's Motion to extend the Deadline to file its Response to Defendant's Motion for Early Termination of Probation or Supervised Release, and the Court being fully advised on the matter,

IT IS HEREBY ORDERED that the deadline for the Government to file its response shall be extended from March 24, 2023 to March 31, 2023.

//
//
//

Order Extending the Deadline for the Government to file Its
Response to Defendant's Motion for Early Termination of Probation
or Supervised Release - 1
*United States v. Stith*, CR07-337 JLR

IT IS FURTHER ORDERED that the matter be re-noted for March 31, 2023.

DATED this 20th day of March, 2023.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney


*s/ Gregory Murphy*
GREGORY MURPHY
Attorney for Stacy Earl Stith

Order Extending the Deadline for the Government to file Its
Response to Defendant's Motion for Early Termination of Probation
or Supervised Release - 2
*United States v. Stith*, CR07-337 JLR